# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**COLTEN MARBRY**                                                    **PLAINTIFF**
**ADC #172083**

**v.**                           **Case No. 3:20-cv-00352-LPR**

**ALEX DRAUGHN,** *et al.*                                       **DEFENDANTS**

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 24). Plaintiff Colten Marbry has filed no objections. After careful consideration of the record, and a *de novo* review of the Proposed Findings and Recommended Disposition, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Marbry's Complaint (Doc. 2) is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

DATED this 25th day of February 2021.

                                                            _____
                                                            LEE P. RUDOFSKY
                                                            UNITED STATES DISTRICT JUDGE