IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**COLTEN MARBRY**                                                                              **PLAINTIFF**
**ADC #172083**

v.                               Case No. 3:20-cv-00352-LPR-JJV

**ALEX DRAUGHN,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to Orders previously filed in this case, it is considered, ordered, and adjudged that Plaintiff Colten Marbry's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 25th day of February 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE